UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
Mike Vargas,

                Plaintiff,

       v.

Fedex Office and Print Services, Inc., et al.,

                Defendants.

------------------------------x

21-cv-8646 (LAK)(SLC)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/7/2022

## ORDER

        On May 3, 2022 counsel for the defendants filed on ECF a letter notifying the Court of the settlement and requesting a 30 day order. Accordingly, the case is dismissed with prejudice and without costs subject to right to reinstate by serving and filing a notice to that effect on or before July 7, 2022, if the settlement has not been consummated by then.

        SO ORDERED.

Dated:     June 7, 2022

                                                        _____
                                                        Lewis A. Kaplan
                                                   United States District Judge